Darold WALKER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97410.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 5, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 19, 2012.

Application for Transfer Denied
Sept. 25, 2012.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Chris Koster, Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

ORDER

PER CURIAM.

The movant, Darold Walker, appeals the denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 29.15(k). An opinion would

have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The motion court's order denying the movant's Rule 29.15 motion for postconviction relief is affirmed. Rule 84.16(b)(2).